JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | ) Case No. CV 10-6482-SP<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and the complaint is dismissed with prejudice.

DATED: June 28, 2011.

_____
Hon. Sheri Pym
United States Magistrate Judge